**B.J. CARNEY INDUSTRIES INC., Petitioner,**

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Respondent.**

**No. 98–70315.**

United States Court of Appeals, Ninth Circuit.

Filed Feb. 4, 2000

Before: CANBY, BRUNETTI and O'SCANNLAIN, Circuit Judges.

**ORDER**

The parties have notified the court that the matter has been settled. In light of the settlement, Petitioner's motion to withdraw the petition for rehearing and peti-

tion for rehearing en banc is GRANTED. The appeal is dismissed as MOOT. Our prior opinion, reported at 192 F.3d 917, is hereby VACATED.